1 | Mike Arias (CSB #115385)
      mike@asstlawyers.com
2 | Alfredo Torrijos (CSB #222458)
      alfredo@asstlawyers.com
3 | ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
4 | Los Angeles, CA 90045
Tel:    (310) 844-9696
5 | Fax:   (310) 861-0168

6 | *Attorneys for Plaintiff,*
*Tammy Lynn Logan*
7 |

8 | JoAnna L. Brooks (CSB #182986)
   jbrooks@littler.com
9 | Britney N. Torres (CSB #287019)
   btorres@littler.com
10 | LITTLER MENDELSON, P.C.
Treat Towers
11 | 1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
12 | Tel: (925) 932-2468
Fax: (925) 946-9809

13 | *Attorneys for Defendants,*
*Patriot National, Inc., Patriot Risk Services, Inc.,*
14 | *Patriot Claim Services, Inc., and*
*Patriot Risk Consultants, Inc.*
15 |

16 | UNITED STATES DISTRICT COURT
17 | EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 \| Tammy Lynn Logan, an individual, | Case No. 16-cv-01407-MCE-CKD |
| 19 \|   Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |
| 20 \|   vs. | |
| 21 \| Patriot National, Inc., a Delaware Corporation; Patriot Risk Services, Inc., a Delaware Corporation; Patriot Claim Services, Inc., a Delaware Corporation; Patriot Risk Management, Inc., a Delaware Corporation; and Does 1 through 50, inclusive, | Date Filed: April 22, 2016
Trial Date: None set. |
| 24 \|   Defendants. | |

26 | / / /
27 | / / /
28 | / / /

1

**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**
**(Case No. 16-cv-01407-MCE-CKD)**

Pursuant to Local Rule 143 and the Court's June 22, 2016 Initial Pretrial Scheduling Order (Dkt. #2), Plaintiff Tammy Lynn Logan ("Plaintiff") and Defendants Patriot National, Inc., Patriot Risk Services, Inc., Patriot Claim Services, Inc., and Patriot Risk Consultants, Inc., erroneously sued as "Patriot Risk Management, Inc." (collectively, "Defendants"), by and through their counsel of record hereby stipulate and request that the Court enter and Order as follows:

WHEREAS, Plaintiff commenced this action on April 22, 2016 in the Superior Court of the State of California for the County of Sacramento [Dkt. #1, Exhibit A ("Complaint")];

WHEREAS, Defendants removed this action to this Court on June 22, 2016 [Dkt. #1];

WHEREAS, on June 22, 2016 the Court issued an Initial Pretrial Scheduling Order, which scheduled deadlines for discovery, disclosure of expert witness and dispositive motions [Dkt. #2];

WHEREAS, the Court's June 22, 2016 Initial Pretrial Scheduling Order set, *inter alia*, the following deadlines:

| Event | Date |
|---|---|
| Fact Discovery | April 21, 2017 |
| Initial Expert Disclosures | June 20, 2017 |
| Rebuttal Expert Disclosures | July 20, 2017 |
| Dispositive Motion Filing Deadline | October 18, 2017 |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last field dispositive motions |

WHEREAS, Plaintiff has noticed the deposition of a number of Defendants' employees who are located out-of-state and are not available prior to the fact discovery deadline;

WHEREAS, the parties require additional time to complete depositions and engage in other discovery after the depositions, if necessary;

WHEREAS, no trial date has been set for this case;

///

2
**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**
**(CASE NO. 16-CV-01407-MCE-CKD)**

1  WHEREAS, the proposed extension to the discovery and expert disclosure deadlines
2  will not impact the trial date of this case or any other date involving the Court;
3  WHEREAS, the parties seek to extend by 60 days the fact discovery, initial expert
4  disclosures and rebuttal expert disclosures deadlines as set by the Court's June 22, 2016 Initial
5  Pretrial Scheduling Order and the parties do not seek to alter any of the other dates in the
6  Court's June 22, 2016 Initial Pretrial Scheduling Order [Dkt. #2];
7  WHEREAS, in light of the above, good cause exists to extend the current discovery and
8  expert disclosure schedule;
9  **NOW THEREFORE**, in consideration of the foregoing, the parties, by and through
10 their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order
11 amending the discovery and expert disclosure deadlines in the Court's June 22, 2016 Initial
12 Pretrial Scheduling Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery | April 21, 2017 | June 20, 2017 |
| Initial Expert Disclosures | June 20, 2017 | August 18, 2017 |
| Rebuttal Expert Disclosures | July 20, 2017 | September 18, 2017 |
| Dispositive Motion Filing Deadline | October 18, 2017 | No change. |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last field dispositive motions | No change. |

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated: April 21, 2017  **ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**

By: /s/ Alfredo Torrijos
　　Mike Arias, Esq.
　　Alfredo Torrijos, Esq.

*Attorneys for Plaintiff*
*Tammy Lynn Logan*

Dated: April 21, 2017  **LITTLER MENDELSON**

By: /s/ JoAnna L. Brooks (as authorized on April 21, 2017)
　　JoAnna L. Brooks, Esq.
　　Britney N. Torres, Esq.,

*Attorneys for Defendant*
*Patriot National, Inc., Patriot Risk Services, Inc.,*
*Patriot Claim Services, Inc., and*
*Patriot Risk Consultants, Inc.*

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE