Mike Arias (CSB #115385)
mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
alfredo@asstlawyers.com
ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Tel:   (310) 844-9696
Fax:   (310) 861-0168

*Attorneys for Plaintiff,*
*Tammy Lynn Logan*

JoAnna L. Brooks (CSB #182986)
 jbrooks@littler.com
Britney N. Torres (CSB #287019)
 btorres@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Tel: (925) 932-2468
Fax: (925) 946-9809

*Attorneys for Defendants,*
*Patriot National, Inc., Patriot Risk Services, Inc.,*
*Patriot Claim Services, Inc., and*
*Patriot Risk Consultants, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Lynn Logan, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>Patriot National, Inc., a Delaware Corporation; Patriot Risk Services, Inc., a Delaware Corporation; Patriot Claim Services, Inc., a Delaware Corporation; Patriot Risk Management, Inc., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>   Defendants. | Case No. 16-cv-01407-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER EXTENDING ALL PRETRIAL DEADLINES**<br><br>Date Filed: April 22, 2016<br>Trial Date: None set. |

/ / /

/ / /

1

**JOINT STIPULATION AND ORDER EXTENDING ALL PRETRIAL DEADLINES**
**(CASE NO. 16-CV-01407-MCE-CKD)**

Pursuant to Local Rule 143 and the Court's June 22, 2016 Initial Pretrial Scheduling Order [Dkt. #2], Plaintiff Tammy Lynn Logan ("Plaintiff") and Defendants Patriot National, Inc., Patriot Risk Services, Inc., Patriot Claim Services, Inc., and Patriot Risk Management, Inc. (collectively, "Defendants"), by and through their counsel of record hereby stipulate and request that the Court enter and Order as follows:

WHEREAS, Plaintiff commenced this action on April 22, 2016 in the Superior Court of the State of California for the County of Sacramento [Dkt. #1, Exhibit A (Complaint)];

WHEREAS, Defendants removed this action to this Court on June 22, 2016 [Dkt. #1];

WHEREAS, on June 22, 2016 the Court issued an Initial Pretrial Scheduling Order, which scheduled pretrial deadlines [Dkt. #2];

WHEREAS, on April 21, 2017, Plaintiff and Defendants filed a Joint Stipulation and [Proposed] Order Extending Discovery Deadlines [Dkt. #10];

WHEREAS, on April 24, 2017, the Court issued an Order Extending Discovery Deadlines [Dkt. # 12], setting, *inter alia*, the following deadlines:

| Event | Date |
| --- | --- |
| Fact Discovery | June 20, 2017 |
| Initial Expert Disclosures | August 18, 2017 |
| Rebuttal Expert Disclosures | September 18, 2017 |
| Dispositive Motion Filing Deadline | October 18, 2017 |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last filed dispositive motion |

WHEREAS, Plaintiff has taken the depositions of six of Defendants' employees who are located out-of-state and Defendants have taken one day of Plaintiff's deposition;

WHEREAS, the Parties are interested in mediating this case and need to extend pretrial deadlines in order to allow sufficient time to do so;

WHEREAS, the Parties have agreed to proceed with private mediation based on the discovery completed to date and believe that judicial economy is best served by extending the

1 pretrial deadlines, including the dispositive motion filing deadline, in order to allow sufficient
2 time to do so.;
3     WHEREAS, the Parties may require additional time to complete further depositions and
4 engage in other discovery;
5     WHEREAS, no trial date has been set for this case;
6     WHEREAS, the Parties seek to extend by 120 days all pretrial deadlines (including the
7 fact discovery, initial expert disclosures, rebuttal expert disclosures, dispositive motion filing,
8 and notice of trial readiness deadlines) previously set by the Court;
9     WHEREAS, in light of the above, good cause exists to extend the current discovery and
10 expert disclosure schedule;
11     **NOW THEREFORE**, in consideration of the foregoing, the parties, by and through
12 their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order
13 amending the pretrial deadlines set forth in the Court's April 24, 2017 Order as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery | June 20, 2017 | October 18, 2017 |
| Initial Expert Disclosures | August 18, 2017 | December 18, 2017 |
| Rebuttal Expert Disclosures | September 18, 2017 | January 16, 2018 |
| Dispositive Motion Filing Deadline | October 18, 2017 | February 15, 2018 |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last field dispositive motions | No change. |

3

**JOINT STIPULATION AND ORDER EXTENDING ALL PRETRIAL DEADLINES**
**(CASE NO. 16-CV-01407-MCE-CKD)**

1   **IT IS SO STIPULATED.**

2   Dated: June 20, 2017         **ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**

4                                     By: */s/ Alfredo Torrijos*
                                         Mike Arias, Esq.
5                                          Alfredo Torrijos, Esq.

6                                          *Attorneys for Plaintiff*
7                                          *Tammy Lynn Logan*

8   Dated: June 20, 2017         **LITTLER MENDELSON**

10                                          By: */s/ Britney N. Torres*
11                                          JoAnna L. Brooks, Esq.
                                         Britney N. Torres, Esq.,

13                                          *Attorneys for Defendants*
                                         *Patriot National, Inc., Patriot Risk Services, Inc.,*
14                                          *Patriot Claim Services, Inc., and*
                                         *Patriot Risk Consultants, Inc.*

17   **IT IS SO ORDERED.**

19   Dated:  June 23, 2017

                                                                MORRISON C. ENGLAND, JR
                                                                UNITED STATES DISTRICT JUDGE