Mike Arias (CSB #115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
  alfredo@asstlawyers.com
ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Tel:   (310) 844-9696
Fax:   (310) 861-0168

*Attorneys for Plaintiff,*
*Tammy Lynn Logan*

JoAnna L. Brooks (CSB #182986)
 jbrooks@littler.com
Britney N. Torres (CSB #287019)
 btorres@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Tel: (925) 932-2468
Fax: (925) 946-9809

*Attorneys for Defendants,*
*Patriot National, Inc., Patriot Risk Services, Inc.,*
*Patriot Claim Services, Inc., and*
*Patriot Risk Consultants, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Lynn Logan, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Patriot National, Inc., a Delaware Corporation; Patriot Risk Services, Inc., a Delaware Corporation; Patriot Claim Services, Inc., a Delaware Corporation; Patriot Risk Management, Inc., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 16-cv-01407-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Date Filed: April 22, 2016<br>Trial Date: None set. |

/ / /

/ / /

1

**JOINT STIP AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**
**(CASE NO. 16-CV-01407-MCE-CKD)**

Pursuant to Local Rule 143 and the Court's Order Extending Discovery Deadlines (Dkt. #17), Plaintiff Tammy Lynn Logan ("Plaintiff") and Defendants Patriot National, Inc., Patriot Risk Services, Inc., Patriot Claim Services, Inc., and Patriot Risk Consultants, Inc., erroneously sued as "Patriot Risk Management, Inc." (collectively, "Defendants"), by and through their counsel of record hereby stipulate and request that the Court enter and Order as follows:

WHEREAS, Plaintiff commenced this action on April 22, 2016 in the Superior Court of the State of California for the County of Sacramento [Dkt. #1, Exhibit A ("Complaint")];

WHEREAS, Defendants removed this action to this Court on June 22, 2016 [Dkt. #1];

WHEREAS, on June 22, 2016 the Court issued an Initial Pretrial Scheduling Order, which scheduled deadlines for discovery, disclosure of expert witness and dispositive motions [Dkt. #2];

WHEREAS, the parties sought and the Court approved the parties' stipulation to extend all pretrial deadlines to accommodate out of state depositions;

WHEREAS, the Court's Order set, *inter alia*, the following deadlines [Dkt. #14]:

| Event | New Date |
|---|---|
| Fact Discovery | October 18, 2017 |
| Initial Expert Disclosures | December 18, 2018 |
| Rebuttal Expert Disclosures | January 16, 2018 |
| Dispositive Motion Filing Deadline | February 15, 2018 |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last field dispositive motions |

WHEREAS, the parties participated in mediation on October 10, 2017 and were unable to reach a settlement;

2

**JOINT STIP AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**
**(CASE NO. 16-CV-01407-MCE-CKD)**

1    WHEREAS the parties required additional time to continue negotiations, and to
2 complete discovery if negotiations are unsuccessful;
3    WHEREAS, the parties previously sought and the Court approved to extend by 30 days
4 the fact discovery deadline [Dkt. #17];
5    WHEREAS, the parties are still engaged in settlement discussions and need additional
6 time to continue negotiations, and to complete fact discovery and retain experts if negotiations
7 are unsuccessful;
8    WHEREAS, the proposed extension to the discovery will not impact the trial date of
9 this case;
10    WHEREAS, in light of the above, good cause exists to extend the current discovery,
11 expert disclosure schedule and dispositive motion schedule;
12    **NOW THEREFORE**, in consideration of the foregoing, the parties, by and through
13 their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order
14 amending the deadlines in the Court's October 30, 2017 Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery | November 17, 2017 | January 18, 2018 |
| Initial Expert Disclosures | December 18, 2017 | February 18, 2018 |
| Rebuttal Expert Disclosures | January 16, 2018 | March 16, 2018 |
| Dispositive Motion Filing | February 15, 2017 | April 16, 2018 |
| Notice of Trial Readiness | 30 days after receiving Court's ruling on the last field dispositive motions | No change |

**IT IS SO STIPULATED.**

Dated: December 4, 2017     **ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**

By: /s/ Alfredo Torrijos
    Mike Arias, Esq.
    Alfredo Torrijos, Esq.

*Attorneys for Plaintiff*
*Tammy Lynn Logan*

Dated: December 4, 2017     **LITTLER MENDELSON, PC**

By: /s/ *Britney N. Torres*     .
    JoAnna L. Brooks, Esq.
    Britney N. Torres, Esq.,

*Attorneys for Defendant*
*Patriot National, Inc., Patriot Risk Services, Inc.,*
*Patriot Claim Services, Inc., and*
*Patriot Risk Consultants, Inc.*

**IT IS SO ORDERED.**

**Dated: December 6, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE