UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LYYN LOGAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRIOT NATIONAL, INC., a Delaware Corporation; PATRIOT RISK SERVICES, INC., a Delaware Corporation; PATRIOT CLAIM SERVICES, INC., a Delaware Corporation; PATRIOT RISK MANAGEMENT, INC., a Delaware Corporation; and DOES 1- 50, inclusive,<br><br>        Defendants. | Case No.  2:16-cv-01407-MCE-CKD<br><br>**ORDER** |

The law firm of Littler Mendelson and its attorneys, counsel for Defendants Patriot National, Inc., Patriot Risk Services, Inc., Patriot Claim Services, Inc., and Patriot Risk Consultants Inc.[1] ("Defendants") in these proceedings, now moves to withdraw as said counsel. Defendants have filed no opposition to Littler Mendelson's request.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed

---

[1] According to Littler Mendelson, Patriot Risk Consultants, Inc. was erroneously sued herein as "Patriot Risk Management, Inc."

1

motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Littler Mendelson has complied with those requirements and its request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, Littler Mendelson's Amended Motion to be Relieved as Counsel for Defendants (ECF No. 26) is GRANTED.[2]  The law firm of Littler Mendelson is consequently relieved as counsel of record for Defendants effective upon the filing of a proof of service of this signed Order on said Defendants.

Defendants are cautioned that, as corporate entities, pursuant to Eastern District Local Rule 183(a), they cannot represent themselves in pro se in these proceedings. Accordingly, not later than thirty (30) days following the date this Order is electronically filed, Defendants are directed to obtain new counsel and have new counsel file a notice of appearance with the Court.  Failure to timely comply with the terms of this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

Until further notice, and pending retention of new counsel, service should be effectuated on Defendants at their last known address:  401 E. Las Olas Blvd., Suite 1650, Ft. Lauderdale, Florida 33301.

IT IS SO ORDERED.

Dated:  March 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).