1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   TAMMY LYNN LOGAN, an individual,        Case No.  2:16-cv-01407-MCE-CKD

12            Plaintiff,                      **ORDER**

13       v.

14
     PATRIOT NATIONAL, INC., A Delaware
15   Corporation; PATRIOT RISK SERVICES,
     INC., A Delaware Corporation; PATRIOT
16   CLAIM SERVICES, INC.,  A Delaware
     Corporation; PATRIOT RISK
17   MANAGEMENT, INC.,  A Delaware
     Corporation; and DOES 1- 50, inclusive,
18
19            Defendants.

20

21

22       Mike Arias, Elise R. Sanguinetti and Alfredo Torrijos, attorneys with the law firm of

23   Arias Sanguinetti Wang & Torrijos, LLP and Michael Patrick Doyle of Doyle LLP, counsel

24   for Plaintiff Tammy Lynn Logan in these proceedings (hereinafter "Plaintiff's counsel"),

25   now move to withdraw as said counsel.  Plaintiff has filed no opposition to her counsel's

26   request.

27       This motion is governed by the requirements of Local Rule 182(d), which provides

28   that an attorney may not withdraw, leaving a client in propria persona, absent noticed

                                              1

motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Plaintiff's counsel has complied with those requirements and their request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, their Motion to be Relieved as Counsel for Plaintiff Tammy Lynn Logan (ECF No. 40) is GRANTED.[1]   Mike Arias, Elise R. Sanguinetti and Alfredo Torrijos, attorneys with the law firm of Arias Sanguinetti Wang & Torrijos, LLP and Michael Patrick Doyle of Doyle LLP, are consequently relieved as counsel of record for Plaintiff effective upon the filing of a proof of service of this signed Order on Plaintiff.

IT IS SO ORDERED.

Dated:  April 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).