1  KILPATRICK TOWNSEND & STOCKTON LLP
   RAYMOND O. AGHAIAN (State Bar No. 218294)
2  RAghaian@kilpatricktownsend.com
   9720 Wilshire Blvd PH
3  Beverly Hills, CA 90212-2018
   Telephone: 310-248-3830
4  Facsimile: 310-860-0363

5  Attorneys for Defendants
   PATRIOT NATIONAL, INC.,
6  PATRIOT RISK SERVICES, INC. AND
   PATRIOT CLAIM SERVICES, INC.

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                  **SACRAMENTO DIVISION**

11

12

   TAMMY LYNN LOGAN,                    No. 2:16-cv-01407-MCE-CKD
13
            Plaintiff,                  **ORDER GRANTING DEFENDANTS'**
14                                       **MOTION TO DISMISS WITH**
       v.                                **PREJUDICE**
15
   PATRIOT NATIONAL, INC., PATRIOT      Date:    November 14, 2019 at 2:00 p.m.
16  RISK SERVICES, INC., PATRIOT CLAIM  Ctrm.:   7
   SERVICES, INC. AND PATRIOT RISK      Judge:   Hon. Morrison C. England, Jr.
17  MANAGEMENT, INC.,
                                        Complaint Filed:    April 22, 2016
18          Defendants.

19

20

21          This matter having come before the Court upon the unopposed Motion (ECF No. 50) of the

22  Defendants Patriot National, Inc., Patriot Risk Services, Inc., and Patriot Claim Services, Inc. to

23  dismiss this action with prejudice, and the Court having reviewed said Motion and the declaration

24  of Raymond O. Aghaian in support thereof, and good cause appearing,

25  ////

26  ////

27  ////

28  ////

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**
CASE NO. 16-CV-1407-MCE-CKD

Defendants' Motion to Dismiss (ECF No. 50) is hereby granted. This action is hereby dismissed, with prejudice. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE